**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| JENNIFER BOLTON, | § § | |
| Plaintiff, | § § | CASE NO.:  6:22-cv-227 |
| v. | § § § | **JURY TRIAL REQUESTED** |
| INSTANT BRANDS, INC., | § § § | |
| Defendant. | § § § | |

**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)**

The parties, Jennifer Bolton and Instant Brands, Inc., stipulate under Fed. R. Civ. P. 41(a) to dismiss this action with prejudice and with each party incurring its own costs of court.

Dated: June 8, 2023

Respectfully submitted,

*/s/ Adam John Kress*
Adam John Kress (MN #397289)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
612-436-1800
Fax: 612-436-1801
Email: akress@johnsonbecker.com
**LEAD ATTORNEY FOR PLAINTIFF**

*/ s / Sean M. Higgins*
SEAN M. HIGGINS
Texas Bar No. 24001220
LEWIS BRISBOIS BISGAARD & SMITH
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
sean.higgins@lewisbrisbois.com
felix.digilov@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT
INSTANT BRANDS, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record by electronic filing on the 8th day of June, 2023.

**Adam John Kress**
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Email: akress@johnsonbecker.com
*ATTORNEY FOR PLAINTIFF*
*JENNIFER BOLTON*

**Martin J. Phipps**
Phipps Ortiz Talafuse PLLC
102 9th Street
San Antonio, TX 78215
Email: mphipps@phippsortiztalafuse.com
*ATTORNEY FOR PLAINTIFF*
*JENNIFER BOLTON*

                                        */s/ Sean M. Higgins*
                                        Sean M. Higgins